United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 13, 2006**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30462
_____

OAKVILLE COMMUNITY ACTION GROUP;
LOUISIANA ENVIRONMENTAL ACTION NETWORK,

Plaintiffs-Appellants,

versus

INDUSTRIAL PIPE INC.,

Defendant-Appellee.

On Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
No. 2:02-CV-1258

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

This court has carefully reviewed the parties' briefs and
pertinent portions of the record in light of the parties' excellent
oral arguments. We conclude there is no reversible error in the
district court's findings of fact and conclusions of law. We
therefore AFFIRM the final judgment of the district court.

**AFFIRMED.**

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.